IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| RICKY WALTER DENTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    3:10-CV-0595-KOB-JEO |
| | ) |
| B.T. GARDNER and NANCY KEARN, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION**

The magistrate judge filed a report and recommendation on May 19, 2010, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted, or seeking monetary relief from defendants who are immune.  The plaintiff filed a motion to amend that the court is treating as objections to the report and recommendation.  (Doc. 9).

The plaintiff argues that his only recourse against his court appointed attorney and the clerk of the court is in federal court and is adamantly opposed to their dismissal.  The magistrate recommended the dismissal of the plaintiff's court appointed attorney because Gardner was not "acting under color of state law" when he acted without the plaintiff's approval and, therefore, is not subject to suit under § 1983.  As to Clerk of the Court Nancy Kearn, the magistrate judge recommended that she be dismissed as a defendant because the plaintiff had made no claim of wrongdoing against her.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto (doc. 9), the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the

recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted, or seeking monetary relief from defendants who are immune. To the extent the plaintiff seeks to amend his complaint, the motion is due to be denied as the same is futile. A Final Judgment will be entered.

**DATED**, this 8th day of June, 2010.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE